# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAGNER et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 19-1034 |
| | : | |
| MIDWEST AUTOMATION LLC, et al., | : | |
| Defendants. | : | |

FILED NOV - 1 2019 KATE BARKMAN, Clerk By_____Dep. Clerk

## ORDER

This 1st day of November, 2019, it is hereby **ORDERED** that Defendant OMMA Srl's Motion to Dismiss Plaintiff's Amended Complaint (ECF 13) is **GRANTED IN PART**.

Taking Plaintiffs' well-pleaded allegations as true, I conclude that this Court has no basis on which to exercise general personal jurisdiction over Defendant OMMA Srl. However, it is **FURTHER ORDERED** that Plaintiffs may for a period of ninety days from the issuance of this ORDER seek discovery from any Defendant to establish a basis for this Court to exercise specific personal jurisdiction over Defendant OMMA Srl. By the end of that period, Plaintiffs shall notify the Court in writing as to whether they seek leave to supplement the record in opposition to Defendant OMMA Srl's Motion to Dismiss.

Gerald Austin McHugh
United States District Judge