# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAGNER et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 19-1034 |
| | : | |
| MIDWEST AUTOMATION LLC, et al., | : | |
| Defendants. | : | |

## ORDER

This 1st day of October, 2020, it is hereby **ORDERED** that Defendant OMMA's Motion to Dismiss, ECF 13, is **GRANTED** in its entirety. Plaintiffs' claims against OMMA are **DISMISSED** with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge